**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

August 23, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Vega et al.,
       Including TEVIN MABLE
       <u>17 Cr. 283 (LAP)</u>

Dear Judge Preska:

  I am the attorney for Tevin Mable, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government, by AUSA Hagan Scotten, to request an adjournment of sentencing, which is presently scheduled for September 6, 2022 at 11:00 a.m. This is Mr. Mable's second request to adjourn sentence. An adjournment is needed because we are still waiting to receive letters and documents that are important to Mr. Mable's sentencing submission. I respectfully propose an adjournment to November 1 or November 3, 2022, dates where both parties will be available.

  If the Court has any questions regarding this application please contact my office.

                Respectfully submitted,
                  /s/
                Jeremy Schneider

cc: AUSA Hagan Scotten (by ECF)

```
Sentencing is adjourned to November 17, 2022, at 1:00 p.m. in Courtroom 12A.
SO ORDERED.
Dated:     August 24, 2022
           New York, New York
```

                *Loretta A. Preska*
                ```LORETTA A. PRESKA```
              ```Senior United States District Judge```