# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571 5500
Fax: (212) 571 5507

January 2, 2024

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Tevin Mable
            17 Cr. 283 (LAP)

Dear Judge Preska:

    I represented Mr. Tevin Mable in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 27.8 hours, nunc pro tunc to April 13, 2020, assisting me in this matter. Much of that time involved communication with family, email correspondence, and legal research and writing.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $125.00 for associate time spent representing Mr. Mable in this matter. Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc    The Court authorizes payment for 27.8 hours of Ms. Perillo's time spent working on the above-captioned case, nunc pro tunc to April 13, 2020, at an hourly rate of $125.

          SO ORDERED.

          Dated:  January 2, 2024

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.